UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>DELOITTE & TOUCHE, INC.<br>    as Foreign Representative of<br><br>BIG NEVADA, INC.,<br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 09-13569 (SJS)<br><br>EMERGENCY MOTION FOR JOINT ADMINISTRATION OF CASES UNDER BANKRUPTCY RULE 1015(b) |

Deloitte & Touche, Inc., by and through its designated representative, Jervis Rodrigues (the "Monitor"), is the court-appointed Monitor and foreign representative for the Evergreen Group[1] in Canadian insolvency proceedings pending in the Supreme Court of British Columbia, Canada under the Companies' Creditors Adjustment Act (the "CCAA"). The Monitor hereby moves the Court for entry of an order, pursuant to section 105(a) of

---

[1] The "Evergreen Group" consists of Evergreen Gaming Corporation, the parent company, and the following direct and indirect subsidiaries: EGC Holdings Ltd., EGC Properties Ltd., Frank Sisson's Silver Dollar Ltd., Washington Gaming, Inc., Big Nevada, Inc., Little Nevada II, Inc., Little Nevada III, Inc., Silver Dollar Mill Creek, Inc., Golden Nugget Tukwila, Inc., Shoreline Gaming, Inc., Little Nevada, Inc., Snohomish Gaming Inc., Hollydrift Gaming, Inc., Royal Casino Holdings, Inc., Gameco, Inc., Gaming Management Inc., Gaming Consultants, Inc., Shoreline Holdings Inc., and Mill Creek Gaming, Inc. With the exception of EGC Holdings Ltd., EGC Properties Ltd., and Frank Sisson's Silver Dollar Ltd., each of the entities has filed chapter 15 a petition in this Court.

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 1

70919-0001/LEGAL15899739.1
4/15/09

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, authorizing and directing the joint administration of the Evergreen Group's related Chapter 15 cases for procedural purposes only (this "Motion"). In support of this Motion, the Monitor respectfully states as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(P). Venue of these proceedings and this Motion is proper in this Court under 28 U.S.C. §§ 1410(1) and (3).

2. The statutory bases for the relief requested herein are Bankruptcy Code Section 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

**Background**

3. On April 15, 2009 (the "Petition Date"), Evergreen Gaming Corporation ("Evergreen") and twenty direct and indirect subsidiaries filed for relief under the CCAA in the Supreme Court of British Columbia (the "CCAA Proceeding"). That same day, Evergreen and sixteen subsidiary members of the Evergreen Group filed petitions under Chapter 15 of the United States Bankruptcy Code (collectively, the "Chapter 15 Cases") seeking recognition of the Monitor as a foreign representative and the CCAA Proceeding as a foreign main proceeding pursuant to §1517.

4. The events leading up to the Petition Date and the facts and circumstances supporting the relief requested herein are set forth in the Declaration of Jervis Rodrigues In Support of Application for Recognition of Foreign Proceeding, the Declaration of Cory Coyle In Support of Application for Foreign Proceeding and the Declaration of John R.

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 2

70919-0001/LEGAL15899739.1
4/15/09

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Sandrelli Regarding Canadian Law, filed contemporaneously herewith and incorporated herein by reference.

**Relief Requested**

5. By this Motion, the Monitor respectfully requests entry of an order authorizing and directing the joint administration of these Chapter 15 Cases for procedural purposes only. A proposed form of order is attached hereto as <u>Exhibit A</u>.

6. The Monitor also requests that the caption of these Chapter 15 Cases be modified to reflect the joint administration of these Chapter 15 Cases, substantially as follows:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>Evergreen Gaming Corp., et al.<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. _____<br><br>(Jointly Administered) |

7. In addition, the Monitor requests that the Court authorize and direct that a notation substantially similar to the following notation be entered on the docket for each of the Chapter 15 Cases to reflect the joint administration of these cases:

> An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the Chapter 15 Cases related to each of the Debtors listed below. The docket in case no. _____ should be consulted for all matters affecting this case.

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 3

70919-0001/LEGAL15899739.1
4/15/09

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Debtors:

Evergreen Gaming Corporation
Washington Gaming, Inc.
Big Nevada, Inc.
Little Nevada II, Inc.
Little Nevada III, Inc.
Silver Dollar Mill Creek, Inc.
Golden Nugget Tukwila, Inc.
Shoreline Gaming, Inc.
Little Nevada, Inc.
Snohomish Gaming Inc.
Hollydrift Gaming, Inc.
Royal Casino Holdings, Inc.
Gameco, Inc.
Gaming Management Inc.
Gaming Consultants, Inc.
Shoreline Holdings Inc.
Mill Creek Gaming, Inc.

8.  Further, the Monitor requests that the Court authorize the Monitor to utilize a combined service list for the jointly administered cases and that combined notices be sent to creditors of the Evergreen Group and other parties-in-interest as applicable.

### Authority

9.  Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order the joint administration of the estates of a debtor and its affiliates. *See* Fed. R. Bankr. P. 1015(b).

10.  The Rodrigues Declaration, the Sandrelli Declaration and the Coyle Declaration establish that joint administration of these Chapter 15 Cases (a) is warranted because the Evergreen Group's financial affairs and business operations are closely related, and (b) will ease the administrative burden on the Court and the parties.

11.  The Monitor anticipates that various notices, applications, motions, other pleadings, hearings, and orders in these cases will affect all of the Evergreen Group. With seventeen affiliated debtors, each with its own case docket, the failure to administer these

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 4

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

cases jointly would result in numerous duplicative pleadings filed for each issue and served upon overlapping service lists. Such duplication of substantially identical documents would be wasteful and would unnecessarily burden the Clerk of this Court.

12. Joint administration will permit the Clerk to use a single docket for all of these cases and to combine notices to creditors and other parties-in-interest of the Evergreen Group's cases. Joint administration also will protect parties-in-interest by ensuring that such parties-in-interest in each of the respective Chapter 15 Cases will be apprised of the various matters before the Court in all of the cases.

13. The Monitor requests that the official caption to be used by all parties in all pleadings in the jointly administered cases be in the form set forth above.

14. The rights of the respective creditors of each of the Evergreen Group entities will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights. Each creditor and party-in-interest will maintain whatever rights it has against the particular member of the Evergreen Group against which it allegedly has a claim or right. Indeed, the rights of all creditors will be enhanced by the reduction in costs resulting from joint administration. The Court also will be relieved of the burden of entering duplicative orders and keeping duplicative files. Supervision of the administrative aspects of these Chapter 15 Cases by the Office of the United States Trustee also will be simplified.

## Notice

15. Notice of this Motion has been provided to (i) the principal parties in the case, including the Debtors and their professionals, (ii) Fortress and any other known secured lenders and their respective counsel (if known); (iii) landlords and any other executory contract counterparties; (iv) the United States Attorney's Office; (v) the State of

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 5

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Washington, Bankruptcy and Collections Unit; (vi) the Washington State Gambling Commission; and (vii) the Office of the U.S. Trustee.  The Monitor requests that the Court grant this Motion without further notice to creditors.  The Monitor will serve the signed order approving this Motion on all identified interested parties by United States mail, postage prepaid or as otherwise ordered by this Court.  In light of the nature of the relief requested, the Monitor submits, that no further notice is required.

WHEREFORE the Monitor respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit A, (a) authorizing the joint administration of the Chapter 15 Cases and (b) granting such other relief as the Court deems just and proper.

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 6

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED: April 15, 2009

**PERKINS COIE LLP**

By: /s/Bruce G. MacIntyre
 Bruce G. MacIntyre, WSBA No. 18984
 BMacIntyre@perkinscoie.com

By: /s/ Alan D. Smith
 Alan D. Smith, WSBA No. 24964
 ADSmith@perkinscoie.com

By: /s/ John S. Kaplan
 John S. Kaplan, WSBA No. 23788
 JKaplan@perkinscoie.com

By: /s/ Brian A. Jennings
 Brian A. Jennings, WSBA No. 32509
 BJennings@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorney for Foreign Representative Deloitte & Touche, Inc.

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 7

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

MOTION DIRECTING JOINT ADMINISTRATION
OF CASES – 8

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

THE HONORABLE SAMUEL J. STEINER
Chapter 15
HEARING DATE: April 16, 2009
HEARING TIME: 1:30 p.m.
RESPONSE DEADLINE: At Hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>DELOITTE & TOUCHE, INC.<br>    as Foreign Representative of<br><br>EVERGREEN GAMING CORP.,<br>    Debtor in a Foreign Proceeding, | Chapter 15<br><br>Case No. 09-13567 (SJS)<br><br>[PROPOSED] ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 15 CASES |
| WASHINGTON GAMING, INC.,<br>    Debtor in a Foreign Proceeding, | Chapter 15<br>Case No. 09-_____ (  ) |
| BIG NEVADA, INC.,<br>    Debtor in a Foreign Proceeding, | Chapter 15<br>Case No. 09-_____ (  ) |
| LITTLE NEVADA II, INC.<br>    Debtor in a Foreign Proceeding, | Chapter 15<br>Case No. 09-_____ (  ) |
| LITTLE NEVADA III, INC.<br>    Debtor in a Foreign Proceeding, | Chapter 15<br>Case No. 09-_____ (  ) |
| SILVER DOLLAR MILL CREEK, INC.,<br>    Debtor in a Foreign Proceeding, | Chapter 15<br>Case No. 09-_____ (  ) |

[PROPOSED ORDER] DIRECTING JOINT
ADMINISTRATION OF CASES – 1

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| GOLDEN NUGGET TUKWILA, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| SHORELINE GAMING, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| LITTLE NEVADA, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| SNOHOMISH GAMING, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| HOLLYDRIFT GAMING, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| ROYAL CASINO HOLDINGS, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| GAMECO, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| GAMING MANAGEMENT, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| GAMING CONSULTANTS, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| SHORELINE HOLDINGS, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |
| MILL CREEK GAMING, INC., <br>    Debtor in a Foreign Proceeding, | Chapter 15 <br> Case No. 09-_____ (   ) |

[PROPOSED ORDER] DIRECTING JOINT
ADMINISTRATION OF CASES – 2

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

THIS MATTER comes before the Court on the motion of Deloitte & Touche, Inc., as Monitor, by and through its designated representative, Jervis Rodrigues, for entry of an order pursuant to Federal Bankruptcy Rule 1015(b) for joint administration of the above cases. Deloitte & Touche, Inc. is the court-appointed Monitor for each of the above referenced Debtors in the CCAA Proceeding pending in British Columbia, Canada, and Supreme Court. This Court has considered the Motion, the Declarations of Jervis Rodrigues and Cory Coyle in Support of Application for Recognition of Foreign Proceeding and the Declaration of John R. Sandrelli Regarding Canadian Law, and arguments of counsel with respect to the relief requested therein; and the Court has determined that no other or further notice needs to be given under the circumstances.

BASED ON THE FOREGOING, the Court hereby orders as follows:

1. The Motion is granted,;

2. Pursuant to Bankruptcy Rule 1015(b), the above entitled Chapter 15 Cases shall be jointly administered by the Court for procedural purposes only;

3. The caption of the jointly administered cases should be read as follows:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | Chapter 15 |
|---|---|
| Evergreen Gaming Corp, et al. | Case No. _____ |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

4. A docket entry shall be made in each of the above-referenced Chapter 15 Cases substantially as follows:

[PROPOSED ORDER] DIRECTING JOINT
ADMINISTRATION OF CASES – 3

70919-0001/LEGAL15899739.1
4/15/09

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

An order (the "Joint Administration Order") has been entered in this case directing the joint administration of the Chapter 15 Cases related to each of the Debtors listed below. The docket in case no._____ should be consulted for all matters affecting this case.

Debtors:

Evergreen Gaming Corporation
Washington Gaming, Inc.
Big Nevada, Inc.
Little Nevada II, Inc.
Little Nevada III, Inc.
Silver Dollar Mill Creek, Inc.
Golden Nugget Tukwila, Inc.
Shoreline Gaming, Inc.
Little Nevada, Inc.
Snohomish Gaming Inc.
Hollydrift Gaming, Inc.
Royal Casino Holdings, Inc.
Gameco, Inc.
Gaming Management Inc.
Gaming Consultants, Inc.
Shoreline Holdings Inc.
Mill Creek Gaming, Inc.

DATED this _____ day of April, 2009.

_____
Honorable _____,
United States Bankruptcy Court Judge

Presented by:

Perkins Coie LLP

By: /s/ Bruce G. MacIntyre
    Bruce G. MacIntyre, WSBA No. 18984
    Attorney for Foreign Representative Deloitte & Touche, Inc.

[PROPOSED ORDER] DIRECTING JOINT
ADMINISTRATION OF CASES – 4

70919-0001/LEGAL15899739.1
4/15/09

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000